IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ERIC ELLIS,               §
        Plaintiff,        §
                     §
v.                        §         No. 3:25-CV-867-N-BW
                     §
CITY OF DALLAS, et al.,     §
        Defendants.     §

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Defendant City of Dallas's (the "City") motion to dismiss (Dkt. No. 44) is **GRANTED**, and Ellis's claims against the City are **DISMISSED WITH PREJUDICE**. Defendants Dalton Harvey's and Jonathan Wellman's (the "Officers") motion to dismiss (Dkt. No. 29) is **GRANTED** in part and **DENIED** in part. The Officers' motion is **GRANTED** as to Ellis's claims against the Officers related to the traffic stop, the length of his detention and the impoundment of his vehicle, and those claims are **DISMISSED WITH PREJUDICE**; the motion is **DENIED** as to Ellis's claim that he was frisked during the stop without reasonable suspicion, and this claim shall proceed.

**SO ORDERED** this 24th day of April, 2026.

_____
DAVID C. GODBEY
SENIOR UNITED STATES DISTRICT JUDGE

2