IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ERIC ELLIS, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:25-CV-867-N-BW |
| | § | |
| CITY OF DALLAS, et al., | § | |
| Defendants. | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Plaintiff Eric Ellis's Motion for Default Judgment (Dkt. No. 26) is **DENIED**. Defendant City of Dallas's Motion to Dismiss (Dkt. No. 21) is also **DENIED**, except its request to fully brief a motion to dismiss under Rule 12(b) is **GRANTED**.

**SO ORDERED** this 18TH day of May, 2026.

_____
DAVID C. GODBEY
SENIOR UNITED STATES DISTRICT JUDGE