IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ERIC ELLIS, | § | |
|       Plaintiff, | § | |
| | § | |
| v. | § | No. 3:25-CV-867-N-BW |
| | § | |
| CITY OF DALLAS, et al., | § | |
|       Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

On November 14, 2025, Plaintiff Eric Ellis, proceeding pro se in this action, filed, pursuant to Federal Rules of Civil Procedure 54(b), 59(e), and 60(b), a motion to vacate this Court's November 14, 2025 Order Accepting Findings, Conclusions, and Recommendation of the United States Magistrate Judge (Dkt. No. 37 ("November 14 Order")).   (Dkt. No. 39 ("Motion to Vacate").)   The November 14 Order denied Ellis's motion for default judgment (Dkt. No. 26) and denied Defendant City of Dallas's ("City") motion to dismiss (Dkt. No. 21), except that the City's request to fully brief a Rule 12(b) motion was granted.   (*See* November 14 Order.)

On March 27, 2026, the United States Magistrate Judge made findings, conclusions, and a recommendation that Ellis's Motion to Vacate (Dkt. No. 39) be denied.   (Dkt. No. 49.)   On March 31, 2026, Ellis filed objections and simultaneously moved to vacate the magistrate judge's electronic order (Dkt. No. 48) granting the City an extension of time to file its responsive pleading.   (Dkt. No. 51 ("Objections").)

The District Judge reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.   (Dkt. No. 49.)

Accordingly, Ellis's Motion to Vacate or Reconsider the Court's Order Accepting the Magistrate Judge's Findings, Conclusions, and Recommendation (Dkt. No. 39) is **DENIED**., and his Motion to Vacate Electronic Order (Dkt. No. 51) is **DENIED**.

**SO ORDERED** this 12th day of June, 2026.

_____
DAVID C. GODBEY
SENIOR UNITED STATES DISTRICT JUDGE

2