IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ERIC ELLIS, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | No. 3:25-CV-867-N-BW |
| | § | |
| CITY OF DALLAS, et al., | § | |
|     Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The District Court reviewed de novo those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Plaintiff Eric Ellis's Motion for Default Judgment (Dkt. No. 56) is **DENIED**.

**SO ORDERED** this 27th day of July, 2026.

_____
DAVID C. GODBEY
SENIOR UNITED STATES DISTRICT JUDGE